No. 02–924. MULVANEY MECHANICAL, INC. v. SHEET METAL WORKERS INTERNATIONAL ASSN., LOCAL 38. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further

consideration in light of *Howsam* v. *Dean Witter Reynolds, Inc.,* 537 U. S. 79 (2002). 